FREDERICK STEELMAN BAIN, Respondent, v. JACOB GINSBERG, Appellant. — Judgment affirmed, with costs, with leave to defendant to answer on

payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.